**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 9, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. No.  02-41118
Summary Calendar

In The Matter of:  TERRY DON RADER,

Debtor

TERRY DON RADER

Appellant

VERSUS

GARY WEBER; WEBER INVESTMENT CORP,

Appellees.

Appeal from the United States District Court
For the Eastern District of Texas, Tyler
USDC No.  01-CV-380

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:*

    We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the district court in its memorandum opinion and order filed on July 18, 2002, we affirm the final judgment of

---

    *Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court entered on even date therewith which affirms an order of the United States Bankruptcy Court entered on July 18, 2001, which rendered judgment in favor of Weber that a $2.4 million debt owed by Rader to Weber was nondischargeable under 11 U.S.C. § 523 (a)(4) and (13).

**AFFIRMED.**